UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2005-R6 Under The Pooling and Servicing Agreement Dated as of July 1, 2005**<br><br>       **Plaintiff,**<br><br>   vs.<br><br>**Dionisio V. Flores aka Dionisio Flores, et al.**<br><br>       **Defendants.** | Case No. 1:07-cv-2865<br><br>Judge Solomon Oliver, Jr.<br><br>**ORDER GRANTING MOTION TO DISMISS FOR FORBEARANCE PLAN WITH CONTINUING JURISDICTION TO ENFORCE PLAN** |

UNITED STATES DISTRICT JUDGE SOLOMON OLIVER, JR.

Upon Motion of the Plaintiff and for good cause shown, it is hereby ordered, adjudged and decreed that the case be dismissed on the grounds that a Forbearance Plan has been entered into by Plaintiff and Defendant and that Defendant is current on the plan.  The Court shall retain jurisdiction  to vacate this order and reopen the case to enforce the terms of the forbearance Plan for 30 days  from the date of this Order, should there be a default thereon.

   **IT IS SO ORDERED.**

                                            /s/SOLOMON OLIVER, JR.
                                            JUDGE SOLOMON OLIVER, JR.
                                            United States District Court Judge